# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| **Cheryl Williams,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner(s), | ) | 1:21-cv-00141-GCM |
| | ) | |
| vs. | ) | |
| | ) | |
| **Commissioner of Social Security,** | ) | |
| | ) | |
| Respondent(s). | | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 15, 2022 Order.

June 15, 2022

*Frank G. John[s]*

Frank G. Johns, Clerk
United States District Court